IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BENJAMIN K FRANKLIN , | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-184 (MTT) |
| | * |
| THE CITY OF WARNER ROBINS et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk